211 So.2d 507

**Horace V. YOUNG**

v.

**STATE.**

**4 Div. 295.**

Court of Appeals of Alabama.

March 19, 1968.
Rehearing Denied April 16, 1968.

Horace V. Young, pro se.

MacDonald Gallion, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Certiorari denied by Supreme Court 282 Ala. 377, 211 So.2d 507.